IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PERRY and CHRISTINE HAMUS,

Plaintiffs,

v.

BANK OF NEW YORK MELLON,
COUNTRYWIDE HOME LOANS, INC.,
BAC HOME LOANS SERVICING,
BANK OF AMERICA, N.A., and
MORTGAGE ELECTRONIC
REGISTRATION SYSTEM, INC. and
LANDSAFE, INC.,

Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-682-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants granting their motion to dismiss this case with prejudice.

_____     ___9/30/11___
Peter Oppeneer, Clerk of Court           Date